IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Mahute, Helen | Case Number: 07 B 02838 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 2/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 28, 2009
Confirmed: April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,938.48 | |
| Secured: | | 2,118.23 |
| Unsecured: | | 2,175.79 |
| Priority: | | 0.00 |
| Administrative: | | 2,464.00 |
| Trustee Fee: | | 441.98 |
| Other Funds: | | 738.48 |
| Totals: | 7,938.48 | 7,938.48 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,464.00 | 2,464.00 |
| 2. | HSBC Auto Finance | Secured | 1,841.51 | 1,841.51 |
| 3. | Dell Financial Services, Inc | Secured | 276.72 | 276.72 |
| 4. | HSBC Auto Finance | Unsecured | 2.66 | 4.08 |
| 5. | American Airlines Credit Union | Unsecured | 44.67 | 68.59 |
| 6. | Capital One | Unsecured | 69.50 | 106.73 |
| 7. | Capital One | Unsecured | 76.41 | 117.33 |
| 8. | RoundUp Funding LLC | Unsecured | 29.19 | 44.83 |
| 9. | Capital One | Unsecured | 580.33 | 891.13 |
| 10. | Capital One | Unsecured | 581.13 | 0.00 |
| 11. | Kohl's/Kohl's Dept Stores | Unsecured | 82.28 | 126.35 |
| 12. | ECast Settlement Corp | Unsecured | 114.99 | 176.57 |
| 13. | ECast Settlement Corp | Unsecured | 105.68 | 162.29 |
| 14. | Dell Financial Services, Inc | Unsecured | 72.66 | 111.57 |
| 15. | T Mobile USA | Unsecured | 36.72 | 56.39 |
| 16. | ECast Settlement Corp | Unsecured | 84.94 | 130.43 |
| 17. | ECast Settlement Corp | Unsecured | 116.89 | 179.50 |
| 18. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 19. | Northwest Collectors | Unsecured | | No Claim Filed |
| | | | $ 6,580.28 | $ 6,758.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mahute, Helen | Case Number: 07 B 02838 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 2/19/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 2.06 |
| 5.4% | 127.42 |
| 6.5% | 267.80 |
| 6.6% | 44.70 |
| | $ 441.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

